# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PIHMA Health & Education Network LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Betsy DeVos, <br><br> Defendant. | No. CV-17-00538-PHX-ROS <br><br> **ORDER** |

Pursuant to the Defendant's Consent Motion for Extension of Time to Answer (Second Request) and good cause appearing,

**IT IS ORDERED** the motion (Doc. 30) is **GRANTED**. The deadline for Defendant to respond to the Complaint by answer or motion permitted under Rule 12 is extended to and including June 19, 2017.

Dated this 2nd day of June, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge