# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PIHMA Health & Education Network LLC, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Betsy DeVos,<br><br>            Defendant. | No. CV-17-00538-PHX-ROS<br><br>**ORDER** |

Plaintiffs filed this case on February 21, 2017. Since that time, the Court has granted repeated extensions of time such that the case has not progressed in any meaningful way. (Doc. 27, 30, 35, 37). Plaintiffs now seek another extension of time. (Doc. 38). While the Court will grant that request, the parties should not expect additional extensions absent extraordinary circumstances. Continued uncertainty regarding possible future regulatory developments will not qualify. Therefore, the parties must prepare to proceed with this case at the rescheduled Rule 16 Conference.

Accordingly,

**IT IS ORDERED** the Motion to Continue and Extend Stay (Doc. 38) is **GRANTED**. The Rule 16 Scheduling Conference set for January 26, 2018, is **VACATED** and **RESET** for **April 27, 2018,** at **1:30 p.m**. The parties shall file their case management plan not less than ten days before the Scheduling Conference.

Dated this 17th day of January, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge