1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PIHMA Health & Education Network LLC, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>Betsy DeVos,<br><br>              Defendant. | No. CV-17-00538-PHX-ROS<br><br>**ORDER** |

Pursuant to Plaintiffs' Unopposed Motion for Extension of Time for Filing (Plaintiffs' First Request; Defendant's Second Request) and good cause appearing,

**IT IS ORDERED** the motion (Doc. 57) is **GRANTED**. Plaintiffs' reply is now due August 29, 2018, Defendant's reply is now due September 21, 2018, and the administrative record is to be filed by September 27, 2018.

Dated this 27th day of August, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge