# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PIHMA Health & Education Network LLC, et al., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>Betsy DeVos, <br><br>　　　　　Defendant. | No. CV-17-00538-PHX-ROS <br><br>**ORDER** |

Pursuant to the parties' Joint Motion and Stipulation, and good cause appearing,

**IT IS ORDERED** the Motion to Amend (Doc. 48), Motion for Summary Judgment (Doc. 50), and Cross-Motion for Summary Judgment (Doc. 54) are **DENIED WITHOUT PREJUDICE**. A party wishing to reinstate any of these motions shall file a written notice on the docket.

**IT IS FURTHER ORDERED** the Joint Motion to Stay (Doc. 59) is **GRANTED**. All proceedings in this matter are **STAYED** until further Order of the Court or such time as either Plaintiffs or Defendant give written notice as hereafter provided.

**IT IS FURTHER ORDERED** that, while the stay of proceedings described above is in effect, Defendant, without first giving 30 days prior written notice to Plaintiffs and their counsel, shall not take any action to enforce 34 C.F.R. §§ 668.403(c)(4) or 668.410 against any of the Plaintiffs or their postsecondary institutions or their AOM programs, or to enforce 34 C.F.R. § 668.412(b)(2) against any of the Plaintiffs or their postsecondary institutions or their AOM programs on the basis of any failure to issue

1  warnings where any institution allegedly was under a duty to give warnings under the GE
2  Regulations.
3      **IT IS FURTHER ORDERED** that either Plaintiffs or Defendant, by giving ten
4  days written notice to the Court and to the opposing party's attorney, may reactivate
5  proceedings in this action and that, upon the giving of such written notice, the stay of
6  proceedings in the case shall no longer be effective.
7      **IT IS FURTHER ORDERED** that, while this stay of proceedings remains in
8  place, ninety days from the date of this Order and every ninety days thereafter, the parties
9  shall file a Joint Status Report apprising the Court of the status of Defendant's
10 rulemaking process.
11     Dated this 31st day of August, 2018.

                                Honorable Roslyn O. Silver
                                Senior United States District Judge