JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

KATHRYN L. WYER
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Telephone: (202) 616-8475
Facsimile:  (202) 616-8470
Email: kathryn.wyer@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PIHMA Health & Education Network LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Betsy DeVos,<br><br>Defendant. | NO. CV-17-00538-PHX-ROS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order of August 31 2018, the parties submit this joint status report. The United States Department of Education (the "Department") is continuing to consider its proposal, issued in a Notice of Proposed Rulemaking on August 14, 2018, to rescind the existing gainful employment regulation, 34 C.F.R. §§ 668.401 et seq. ("GE Regulation"), that is at issue in Plaintiffs' claims. *See* 83 Fed. Reg. 40167. The parties have conferred and are in agreement that the agreed-upon stay therefore should continue in effect at this time. The parties will submit another joint status report on or before February 27, 2019, apprising the Court of the status of Defendant's rulemaking process.

Dated: November 28, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/Kathryn L. Wyer
KATHRYN L. WYER
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12014
Washington, DC 20005
Telephone: (202) 616-8475
Facsimile: (202) 616-8470
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

JABURG WILK
Attorney for Plaintiffs

By: __/s/ David N. Farren_(with permission)___
David N. Farren
3200 N. Central Avenue, 20th floor
Phoenix AZ 85012
(602) 248-1000
Email: dnf@jaburgwilk.com

Ronald L. Holt
Brett C. Randol
Megan R. Banks
Rouse Frets Gentile & Rhodes, LLC
1100 Walnut Street, Suite 2900
Kansas City MO 64106
(816) 292-7600
Email: rholt@rousefrets.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy of the attached document and Notice of Electronic Filing to the following CM/ECF registrants:

David N. Farren
Jaburg & Wilk, PC
3200 N. Central Ave., Suite 2000
Phoenix, AZ 85012
dnf@jaburgwilk.com

Ronald L. Holt
Megan R. Banks
Rouse Frets Gentile & Rhodes LLC
1100 Walnut, Suite 2900
Kansas City, Mo. 64106
rholt@rousefrets.com
mbanks@rousefrets.com

    and

Brett C. Randol
5250 W. 116th Place, Suite 400
Leawood, KS 66211
brandol@rousefrets.com

*Attorneys for Plaintiffs*

                        */s/ Kathryn L. Wyer*
                        Civil Division, Department of Justice