1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8

| | |
|---|---|
| PIHMA Health & Education Network LLC, et al., | No. CV-17-00538-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Betsy DeVos, | |
| Defendant. | |

9
10
11
12
13
14

15     Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 65), and good

16  cause appearing,

17     **IT IS ORDERED** the Joint Stipulation of Dismissal (Doc. 65) is **GRANTED**.

18     **IT IS FURTHER ORDERED** this matter is **DISMISSED WITH PREJUDICE**,

19  each party to bear their own costs and fees.

20     Dated this 22nd day of August, 2019.

21
22
23
24

_____
Honorable Roslyn O. Silver
Senior United States District Judge

25
26
27
28